# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---------------------------------------------------------------X

PHARMASEPTIC, INC.,                        :

                                             :    Case No.: 3:13-cv-01925-WWE

            Plaintiff,              :

                                             :

        vs.                       :

                                           :

ADVANCED TECHNOLOGY MATERIALS,   :
INC., ATMI BVBA a/k/a ATMI PACKAGING   :
BVBA f/k/a ATMI PACKAGING, N.V., and   :
PALL CORPORATION,                   :

                                           :

           Defendants.           :

---------------------------------------------------------------X

## STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel to all parties,

that Defendants' time to answer or otherwise respond to the Amended Complaint in this action is

extended fourteen (14) days from April 29, 2014 through and including May 13, 2014.

Dated: April 29, 2014


THE PLAINTIFF,                                THE DEFENDANT,
PHARMASEPTIC, INC.                         PALL CORPORATION


/s/ Jay Wolman (consent on file)              /s/ Santo Borruso

| | |
|---|---|
| Jay M. Wolman (ct29129) | Santo Borruso (ct27647) |
| wolman@raymondlawgroup.com | sborruso@nixonpeabody.com |
| Raymond Law Group LLC | Nixon Peabody LLP |
| 90 National Drive, Suite 3 | 50 Jericho Quadrangle, Suite 300 |
| Glastonbury, Connecticut 06033 | Jericho, New York 11753 |
| Tel: (860) 633-0580 | Tel: (516) 832-7506 |
| Fax: (860) 633-0438 | Fax: (866) 947-2139 |

14959798.1