UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
PHARMASEPTIC, INC.,

             Plaintiff,

vs.

ADVANCED TECHNOLOGY MATERIALS,
INC., ATMI BVBA a/k/a ATMI PACKAGING
BVBA f/k/a ATMI PACKAGING, N.V., and
PALL CORPORATION,

             Defendants.
---------------------------------------------------------------X

Case No.: 3:13-cv-01925-WWE

May 12, 2014

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANTS, ADVANCED TECHNOLOGY MATERIALS, INC., and ATMI BVBA a/k/a ATMI PACKAGING BVBA f/k/a ATMI PACKAGING, N.V.

**WHEREAS**, on February 27, 2014, Plaintiff, PharmAseptic, Inc., filed an Amended Complaint against Defendants, Advanced Technology Materials, Inc. ("ATMI Opco"), ATMI BVBA a/k/a ATMI Packaging BVBA f/k/a ATMI Packaging, N.V. ("ATMI Packaging") ("ATMI Opco" and "ATMI Packaging" hereinafter both referred to as the "ATMI Defendants"), and Pall Corporation ("Pall"), and

**WHEREAS**, Nixon Peabody LLP, attorneys for Pall, have tendered to Raymond Law Group LLC, attorneys for PharmAseptic, a signed Waiver of the Service of Summons upon Pall, and have reserved the right to answer, move or otherwise respond to the Amended Complaint on or before May 13, 2014, and

14934242.2

**WHEREAS,** the Amended Complaint alleges that on February 20, 2014, Pall became the owner of ATMI Packaging, including all of its assets and liabilities, and certain assets of ATMI Opco, and is liable to PharmAseptic as a successor, and

**WHEREAS,** the parties to the within Stipulation wish to streamline matters before the Court and avoid unnecessary expense and delay,

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the undersigned attorneys of record for the parties herein:

1. that no party hereto is an infant or incompetent, and that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted against the ATMI Defendants are hereby dismissed;

2. that Pall reserves the right to contest liability in this matter; and

3. that notwithstanding the above, should PharmAseptic be entitled to judgment and an award of damages on its Amended Complaint, then Pall will assume liability as successor in interest to the ATMI Defendants for so much of the award that is or would have been apportioned to the ATMI Defendants, but for this stipulation of dismissal, subject to the limitations of applicable law.

| THE PLAINTIFF, | THE DEFENDANT, |
|---|---|
| PHARMASEPTIC, INC. | PALL CORPORATION |
| By: Jay M. Wolman (ct29129) | By: Santo Borruso (ct27647) |
| wolman@raymondlawgroup.com | sborruso@nixonpeabody.com |
| Raymond Law Group LLC | Nixon Peabody LLP |
| 90 National Drive, Suite 3 | 50 Jericho Quadrangle, Suite 300 |
| Glastonbury, CT 06033 | Jericho, New York 11753 |
| Tel: (860) 633-0580 | Tel: (516) 832-7506 |
| Fax: (860) 633-0438 | Fax: (866) 947-2139 |